D. R. Young & Co. *v.* Gabriel Booard's Heirs et al.

*Fraudulent Conveyance—Lasches—Creditors.*

Where one assigns all chattels, choses in actions etc., for the benefit of his creditors, and the trustee appointed, fails ·to act, and the assignor permitted ·to control, consume or squander the assets, the creditors are held to be guilty of lasches.

*Same—Proof of Insolvency of Debtor—Estoppel.*

In the absence of proof of the insolvency of a debtor, but that the evidence conduces to show that all personal property, assigned for the benefit of creditor, was ample to liquidate all claims, the creditors will be estopped from further action to set aside conveyances of real estate as fraudulnt.

APPEAL FROM MEADE CIRCUIT COURT.

October 19, 1868.

OPINION OF THE COURT BY JUDGE WILLIAMS:

It does not sufficiently appear from the evidence either that Gabriel Booard was insolvent at the time or that he made the conveyance of the house and lands to Alex McCause in contemplation of insolvency. The inference from the evidence is that his good and notes, accounts, &c., stock, negro slaves, &c., that he, then and afterwards, owed, were ample, had they been husbanded to pay all his debts.

After procuring the assignment to the benefit of his creditors by an agent of appellant's subsequent to said conveyance they paid no further attention to the matter and as the trustees did not accept or act Booard was permitted to control, consume or squander the assets. The judgment dismissing appellant's petition against McCause was therefore right and is affirmed.

*Fairleigh,* for appellant.

*Walker,* for appellee.